United States Bankruptcy Court
Middle District of Pennsylvania

In re: | Case No. 25-03508-HWV
Thomas Franklin Waddell, Sr. | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | Page 1 of 2
Date Rcvd: Sep 24, 2026 | Form ID: ordsmiss | Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Franklin Waddell, Sr., 224 Red Haven Road, New Cumberland, PA 17070-3173 |
| 5764938 | + | Bank of Clarke, 2 East Main Street, Berryville, VA 22611-1338 |
| 5764941 | + | Fiserv, 1600 Terrell Mill Road SE, Marietta, GA 30067-8302 |
| 5764943 | + | Jennifer R. Lehr, 224 Red Haven Road, New Cumberland, PA 17070-3173 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:10 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5764939 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 24 2026 18:57:00 | Best Egg Personal Loans, Brandywine Plaza, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 5764940 | | EDI: CAPITALONE.COM | Sep 24 2026 22:51:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5764942 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 24 2026 18:58:00 | GreenSky, 1797 NE Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 5779900 | | Email/Text: bankruptcy@greenskycredit.com | Sep 24 2026 18:58:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 5776736 | | EDI: JEFFERSONCAP.COM | Sep 24 2026 22:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5783335 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5783336 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 5775202 | ^ | MEBN | Sep 24 2026 18:52:32 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5764944 | + | Email/Text: camanagement@mtb.com | Sep 24 2026 18:58:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5764945 | | Email/Text: Mercury@ebn.phinsolutions.com | Sep 24 2026 18:57:00 | Mercury, PO Box 70168, Philadelphia, PA 19176-0168 |
| 5779434 | | EDI: Q3G.COM | Sep 24 2026 22:51:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 5774720 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:12 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 5764946 | Email/Text: BNCnotices@dcmservices.com | Sep 24 2026 18:57:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Thomas Franklin Waddell Sr. pmurphy@dplglaw.com, jsmalls@dplglaw.com;rreynolds@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Thomas Franklin Waddell Sr.

Case number 1:25−bk−03508−HWV

**Debtor 1**

**Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 24, 2026

ordsmiss (05/18)